**E-FILED on** 1/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY W. HAYNIE,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNTOWN SUPERIOR COURT, PEYTON SCHULER,<br><br>    Defendants. | No. C 08-5457 RMW<br><br>JUDGMENT |

On January 15, 2010, the court granted defendants' motion to dismiss without leave to amend on the ground that the complaint failed to state a claim upon which relief could be granted and that the court was precluded from hearing the case by the Rooker-Feldman doctrine. Therefore,

IT IS HEREBY ADJUDGED that defendants Superior Court of California, County of Santa Clara (sued as "Downtown Superior Court") and Peytie Schuler (sued as "Peyton Schuler") have judgment against plaintiff Gary W. Haynie and that plaintiff take nothing by way of his complaint in this action.

DATED:    1/15/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C 08-5457 RMW
TER

United States District Court
For the Northern District of California

| | |
|---|---|
| 1 | **Notice of this document has been electronically sent to:** |
| 2 | **Counsel for Defendants:** |
| 3 | **Paul T. Hammerness**<br>Email: paul.hammerness@doj.ca.gov |
| 4 | |
| 5 | **A Copy of this document has been mailed to:** |
| 6 | **Plaintiff (Pro Se):** |
| 7 | **Gary W. Haynie**<br>545 Sobrato Drive<br>Campbell, CA 95008-4631 |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/15/10        TER

                 **Chambers of Judge Whyte**